FILED

09/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0140

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0140

_____

SUTEY OIL COMPANY, INC.,

    Plaintiff, Appellee and Cross-Appellant,

  v.

MONROE'S HIGH COUNTRY TRAVEL
PLAZA, LLC, a Montana Limited Liability
Company, and MARVIN MONROE,

    Defendants, Appellants, and Cross-Appellees.

_____

O R D E R

In accordance with its standard practice, this Court has reviewed Appellee and Cross-Appellant Sutey Oil Company, Inc.'s brief filed electronically on September 29, 2021, to determine compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. M. R. App. P. 12(1)(f) provides, "The argument shall be preceded by a summary." M. R. App. P. 12(1)(a) provides that the table of cases must be "alphabetically arranged." The Court has determined that Sutey Oil Company's brief does not comply with the referenced Rules. The combined brief does not contain a summary of the arguments in response to Appellant's opening brief or of the arguments Sutey Oil Company makes on cross-appeal. Although the brief includes a table of cases, it is not arranged alphabetically as the rule requires.

IT IS THEREFORE ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellee and Cross-Appellant shall file electronically with the Clerk of this Court a revised

brief containing the revisions necessary to comply with the specified Rules and shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no other changes, additions, or deletions may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to counsel for the Appellee and Cross-Appellant and to all counsel of record.

2

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
September 29 2021